UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RALPH FUNIGIELLO,

                Plaintiff,

      -against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
---------------------------------------------------------X

RULE 7.1 STATEMENT

07 Civ. 7041 (BSJ)

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York
       September 7, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

BY: S/_____
   Ioana Wenchell - IW/4775
   Attorneys for Defendant
   347 Madison Avenue
   New York, New York  10017
   212-340-2203