UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RALPH FUNIGIELLO,

                Plaintiff,

  -against-                                    **ANSWER**

                                            07 Civ. 7041 (BSJ) ECF

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------------X

      Defendant, Metro-North Commuter Railroad (hereinafter "Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

      1.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 1 and 4 of the complaint and respectfully refers all questions of law and fact to judge and jury.

      2.  Admits the allegations contained in paragraph(s) 2 of the complaint.

      3.  Denies upon information and belief each of the allegations contained in paragraph(s) 3 of the complaint and refers all questions of law and fact to judge and jury, except admit that on and prior to November 14, 2006, plaintiff was employed by defendant Metro-North.

      4.  Denies the allegations contained in paragraph(s) 5 and 7 of the complaint.

      5.  Denies upon information and belief each of the allegations contained in paragraph(s) 6 of the complaint and refers all questions of law and fact to judge and jury.

## AS AND FOR AN AFFIRMATIVE DEFENSE

6. As and for a first affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
      September 7, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

By: _S/_____
Ioana Wenchell (IW-4775)
Associate Counsel
Attorneys for Defendant
347 Madison Avenue
New York, New York  10017
(212) 340-2203

TO:  Michael Flynn, Esq.
     Law Office of Michael Flynn PLLC
     Attorney for Plaintiff
     1205 Franklin Avenue
     Garden City, NY 11530
     (516) 877-1234

STATE OF NEW YORK    :
                     : ss:
COUNTY OF NEW YORK:

  Laura Matthews, being duly sworn, deposes and says:

 I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

 On September _7_, 2007, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO: Michael Flynn, Esq.
   Law Office of Michael Flynn PLLC
   Attorney for Plaintiff
   1205 Franklin Avenue
   Garden City, NY 11530
   (516) 877-1234

            __S/_____
            LAURA MATTHEWS

Sworn to before me this
_7__ day of September, 2007

__S/_____
NOTARY PUBLIC

Funigiello,Ralph