```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
RALPH FUNIGIELLO,                   :
                                    :
                    Plaintiff,      :
                                    :       ORDER
        -against-                   :
                                    :   07 Civ. 7041 (BSJ)(MHD)
METRO-NORTH COMMUTER RAILROAD,      :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, MARCH 6, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        February 5, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Michael Flynn, Esq.
Law Offices of Michael Flynn, PLLC
1205 Franklin Avenue, Suite 205
Garden City, NY 11530

Jesse Rey, Esq.
347 Madison Ave.
New York, NY 10017