UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

RALPH FUNIGIELLO,

        Plaintiff,                         07 Civ. 7041 (BSJ)

  -against-                         STIPULATION OF
                                                  DISMISSAL

METRO-NORTH COMMUTER RAILROAD,

        Defendants.
---------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled actions are hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED: March 13, 2008
            NASSAU, NEW YORK

                                              Law Offices of Michael Flynn, PC
                                              Attorneys for Plaintiff

                                              By: _____
                                                  A Member of the Firm

                                              Richard K. Bernard, Esq.
                                              Attorneys for Defendant

                                              By: _____
                                                  A Member of the Firm

4/10/08